## United States District Court
### Violation Notice

**CVB Location Code:** Ey60

**Violation Number:** 1653615
**Officer Name (Print):** Zamora
**Officer No:** 670

1653615

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 6/04/10 0600
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36 CFR 2.3(d)(4)

**Place of Offense:** Floyd Bennett Field

**Offense Description:** Unauthorized Commercial Fishing

### DEFENDANT INFORMATION
**Phone:** (516) 312-9619
**Last Name:** Caruso
**First Name:** Michael
**MI:** L

**City:** N. Bellmore
**State:** NY
**Zip Code:** 11710
**Date of Birth:** —

**Drivers License No:** —
**DL State:** NY
**Social Security No:** —

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
**Hair:** Bon  **Eyes:** BL  **Height:** 5'04"  **Weight:** 210

### VEHICLE DESCRIPTION
**Tag No:** —
**State:** NY
**Year:** —
**Make/Model:** Chevy
**Color:** Wht

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
**Court Address:** —
**Date:** SEP 14 2010
**Time:** —

Annotations (margin):
- Adj 11/16/10 A
- 9/14/10
- Adj 12/7/10 A
- NG

---

## M-10-1457

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 4th, 2010 while exercising my duties as a law enforcement officer in the Eastern District of New York

I responded to investigate a report of commercial fishing in the area of the mod. airplane field located in Floyd Bennett Field. I observed 3 individuals off loading numerous large crates from a boat to a van. The crates contained hundreds of bait fish (bunker) in each container. I made contact with the def. who did possess a valid commercial state fishing license and explained to him that he was conducting this operation on federal property.

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 06/04/2010

Probable cause has been stated for the issuance of a warrant

Executed on _____